UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SYLVESTER KELLY, et al. | No. 19 CR 567<br><br>Judge Harry D. Leinenweber |

**MOTION FOR ENTRY OF
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of a protective order, and in support thereof states as follows:

1.      The indictment in this case charges defendant KELLY with using a child to engage in sexually explicit conduct for the purpose of creating a visual depiction of that conduct, in violation of Title 18, United States Code, Section 2251(a) (Count 1-4), conspiring to obstruct justice, in violation of Title 18, United States Code, Section 371, conspiring to receive child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1) (Count 6), receiving child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2) (Counts 7-8), and enticing a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b). Defendant MCDAVID is charged in Counts 5 through 8, and defendant BROWN is charged in Count 6.

1

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendants, who do not agree to certain terms in the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

>                    Respectfully submitted,
>
>                    JOHN R. LAUSCH, JR.
>                    United States Attorney
>
> By:   /s/ *Angel M. Krull*
>       ANGEL M. KRULL
>       ABIGAIL L. PELUSO
>       JEANNICE APPENTENG
>       Assistant U.S. Attorney
>       219 South Dearborn St., Rm. 500
>       Chicago, Illinois 60604
>       (312) 886-2954

Dated: July 22, 2019