# Exhibit 1

| *Business Entity* | *Business Records* |
|---|---|
| American Express | Financial statements and account records for Derrel McDavid |
| Bank of America | Financial statements and account records for Minor 1 |
| Citibank | Financial statements and account records for Winkler & McDavid |
| Department of Homeland Security, Customs and Border Protection | Travel records for Minor 1 and her parents |
| Preferred Travel | Travel records for Milton Brown |
| SunTrust Bank | Financial Statements and account records for RSK Enterprises |