IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 567-3 |
| v. | ) | |
| | ) | Judge Harry D. Leinenweber |
| MILTON BROWN | ) | |
| | ) | |

**DEFENDANT MILTON BROWN'S**
**MOTION FOR AN ORDER RELEASING HIS PASSPORT**

Defendant, MILTON BROWN, by the Federal Defender Program and its attorney, MARY H. JUDGE, respectfully requests an order authorizing the United States Pretrial Services Office to release Milton Brown's passport to defense counsel so that it can be offered into evidence in this case.

Counsel has confirmed with Pretrial Services Officer, Justin Wiersema, that the passport is currently being maintained in the Chicago Pretrial Office.

Mr. Brown's passport was collected by a probation officer in Las Vegas, Nevada, on July 12, 2019. Mr. Brown turned his passport over as a condition of his pretrial release. Thereafter, the passport was mailed to the Chicago Pretrial Services office and was received on July 26, 2019. It has been maintained in their storage area since that time.

## CONCLUSION

WHEREFORE, for these reasons, Milton Brown respectfully requests an order requiring pretrial services to release Mr. Brown's passport to defense counsel for the limited purpose of entering the passport into evidence in this case.

                                        Respectfully submitted,

                                        FEDERAL DEFENDER PROGRAM
                                        John F. Murphy
                                        Executive Director

By:    /s/*Mary H. Judge*
           Mary H. Judge
           Attorney for Milton Brown

           /s/*Kathleen Leon*
           Kathleen Leon

FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8300

## CERTIFICATE OF SERVICE

  The undersigned, <u>Mary H. Judge</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

### DEFENDANT MILTON BROWN'S
### MOTION FOR AN ORDER RELEASING HIS PASSPORT

was served pursuant to the district courts ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>September 7, 2022</u>, to counsel/parties that are non-ECF filers.

       By: <u>*s/Mary H. Judge*</u>
          MARY H. JUDGE
          FEDERAL DEFENDER PROGRAM
          55 E. Monroe St., Suite 2800
          Chicago, Illinois 60603
          (312) 621-8336